1  LAW OFFICES OF MIRIAM HISER
   MIRIAM HISER (129824)
2  550 Montgomery Street, Suite 650
   San Francisco, California 94111
3  Telephone: (415) 345-9234
   Facsimile: (415) 395-9372
4  mhiser@hiserlaw.com

5  Attorneys for Defendant
   SALLIE MAE, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | THERESA JOYCE,                              | **Case No. C 08-03351 MEJ**
   |                  Plaintiff,                 |
12 |                                             | **NOTICE TO ADVERSE PARTIES OF**
   |        v.                                   | **FILING NOTICE OF REMOVAL**
13 |                                             |
   | SALLIE MAE, INC., a corporation, and DOES   |
14 | 1 through 10 inclusive,                     |
15 |                  Defendants.                |

16        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

17        PLEASE TAKE NOTICE under the provisions of 28 U.S.C. Section 1446(d) that on July
18 11, 2008, Defendant Sallie Mae, Inc. filed with the Clerk of the United States District Court for
19 the Northern District of California, the attached Notice of Removal to accomplish the removal of
20 the action pending in the Superior Court of California, County of Contra Costa, entitled *Theresa
21 Joyce v. Sallie Mae, Inc., and Does 1 through 10,* Case Number C 08-01489, commenced on June
22 2, 2008, to the United States District Court for the Northern District of California. A copy of the
23 Notice of Removal is also being filed with the Clerk of the Superior Court of California, County
24 of Contra Costa.
25 ///
26 ///
27 ///
28

                                          1    Notice To Adverse Parties of Filing Notice of Removal
                                                                               C 08-03351 MEJ

1 | Under 28 U.S.C. Sections 1441 and 1446 and Federal Rule of Civil Procedure, Rule
2 | 81(c), this action will now be placed on the docket of the District Court for further proceedings.
3 | Dated:  July 11, 2008.                         LAW OFFICES OF MIRIAM HISER
4 |
5 |                                                 By:_____/s/_____
    |                                                         Miriam Hiser
6 |                                                 Attorney for Defendant SALLIE MAE, INC.

1  LAW OFFICES OF MIRIAM HISER
   MIRIAM HISER (129824)
2  550 Montgomery Street, Suite 650
   San Francisco, California 94111
3  Telephone: (415) 345-9234
   Facsimile: (415) 395-9372
4  mhiser@hiserlaw.com

5  Attorneys for Defendant
   SALLIE MAE, INC.

6

7

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

THERESA JOYCE,                          )  Case No.
                                        )
            Plaintiff,                  )  **NOTICE OF REMOVAL**
                                        )
      v.                                )
                                        )
SALLIE MAE, INC., a corporation, and DOES )
1 through 10 inclusive,                 )
                                        )
            Defendants.                 )

       Pursuant to 28 U.S.C. Sections 1331, 1441 and 1446 and Federal Rule of Civil Procedure, Rule 81(c), Defendant Sallie Mae, Inc. ("Sallie Mae") hereby removes this action from the Superior Court of California, County of Contra Costa, to the United Stated District Court for the Northern District of California on the following grounds:

       1.    Plaintiff Theresa Joyce filed her Complaint captioned *Theresa Joyce v. Sallie Mae, Inc. and Does 1 through 10* on June 2, 2008 in the Superior Court of California, County of Contra Costa, Martinez Division, as Case Number C 08-01489. Plaintiff served a copy of the Summons and Complaint on Sallie Mae on June 11, 2008. In compliance with 28 U.S.C. Section 1446, true and correct copies of these documents, along with a Civil Cover Sheet, Notice of Case Management Conference, Notice to Plaintiffs, Notice to Defendants, Stipulation and Order to Attend ADR, blank Case Management Statement, Contra Costa County Superior Court ADR Information, and Proof of Service of Summons are attached hereto as Group Exhibit A. No other

1. process, pleadings, or orders have been served on Sallie Mae.

2. Plaintiff's Complaint alleges a cause of action that arises under and depends on the construction of federal law. Specifically, paragraphs 41(e) through (n) of the Complaint allege that defendant violated California Civil Code Section 1788.17, captioned "Compliance with Federal Law," by failing to comply with the Fair Debt Collection Practices Act, 15 U.S.C. Section 1692(b), *et seq.*

3. As Exhibit A demonstrates, the First Cause of Action alleged in plaintiff's Complaint is a claim within the original federal question jurisdiction of the federal district courts under 28 U.S.C. Section 1331.

4. Because of the presence of a separate and independent claim cognizable under 28 U.S.C. Section 1331, the entire case is removable as provided in 28 U.S.C. Section 1441(c).

5. Plaintiff has not named or served any defendant other than Sallie Mae.

6. Notice of this removal is being filed with the Superior Court of California, County of Contra Costa.

7. Removal to this district court is proper under 28 U.S.C. Section 1441(a) because the Superior Court of California, Contra Costa Division, is geographically located within this court's district.

8. Removal is timely under 28 U.S.C. Section 1446(b) because this Notice of Removal is filed within thirty days of service of process upon Sallie Mae of a complaint stating a claim within this Court's jurisdiction.

Dated: July 11, 2008.

LAW OFFICES OF MIRIAM HISER

By: *Miriam Hiser*
Miriam Hiser
Attorney for Defendant SALLIE MAE, INC.

# CERTIFICATE OF SERVICE BY MAIL

The undersigned certifies as follows:

I am employed at the Law Offices of Miriam Hiser, 550 Montgomery Street, Suite 650, San Francisco, California 94111. I am over the age of 18 and not a party to the within action.

I am readily familiar with the business practice for the collection and processing of correspondence for mailing, under which, in the ordinary course of business, mail placed for collection and mailing is deposited with the United States Postal Service on the same day with postage thereon fully prepaid at San Francisco, California.

On July 11, 2008, I served a copy of the following document(s):

**NOTICE TO ADVERSE PARTIES OF FILING NOTICE OF REMOVAL**

by placing, for collection and mailing a true copy of such document(s) enclosed in a sealed envelope(s), following ordinary business practices, addressed as follows:

> Jeremy S. Golden
> Law Offices of Eric F. Fagan
> 2300 Boswell Road, Suite 211
> Chula Vista, CA 91914

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  July 11, 2008.                    /s/
                                          Miriam Hiser