```
LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant
SALLIE MAE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA JOYCE,<br><br>        Plaintiff,<br><br>   v.<br><br>SALLIE MAE, INC., a corporation, and DOES 1 through 10 inclusive,<br><br>        Defendants. | **Case No. C 08-03351 MEJ**<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies as follows:

I am employed at the Law Offices of Miriam Hiser, 550 Montgomery Street, Suite 650, San Francisco, California 94111.  I am over the age of 18 and not a party to the within action.

I am readily familiar with the business practice for the collection and processing of correspondence for mailing, under which, in the ordinary course of business, mail placed for collection and mailing is deposited with the United States Postal Service on the same day with postage thereon fully prepaid at San Francisco, California.

On July 14, 2008, I served a copy of the following document(s):

    **Order Setting Initial Case Management Conference and ADR Deadlines; Case Management Standing Order Magistrate Judge Maria-Elena James; Standing Order re Discovery and Dispute Procedures for Cases Assigned or Referred to Mag. Judge Maria-Elena James; Notice of Trial Assignment To United States Magistrate Judge and Order to File Consent/Request for Reassignment; Consent to Assignment or Request for Reassignment; Standing Order for All Judges of the Northern District of California-Contents of Joint Case Management Statement; ECF Registration Information Handout; Consenting to a Magistrate Judge's Jurisdiction in**

1 | **the Northern District of California**
2 | by placing, for collection and mailing a true copy of such document(s) enclosed in a sealed
3 | envelope(s), following ordinary business practices, addressed as follows:
4 |     Jeremy S. Golden
    Law Offices of Eric F. Fagan
5 |     2300 Boswell Road, Suite 211
    Chula Vista, CA 91914
6 |
7 |     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
8 |
9 | Dated: July 14, 2008.                       /s/
                                                    Miriam Hiser