Jeremy S. Golden (SBN 228007)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA 91914
jeremy@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA JOYCE, an individual, | ) Case No.: C-08-03351-SI |
| | ) |
| Plaintiff, | ) **PROPOSED ORDER** |
| v. | ) |
| | ) |
| SALLIE MAE, INC.; and DOES 1 through 10 inclusive; | ) Time: 2:00 PM |
| | ) Date: November 21, 2008 |
| | ) Judge: Susan Illston |
| Defendants. | ) |
| | ) |

The court Hereby grants the request for Jeremy S. Golden to appear at the above-mentioned Case Management Conference telephonically pursuant to the following procedure:

[the court will initiate the conference by calling Plaintiff's counsel at the time of the hearing at 619-656-6656]

OR

[Plaintiff's counsel is directed to ~~call the court at _____ at the time of the hearing~~ to contact the clerk and provide a direct dial phone number. The court initiates all conference calls.

Date:_____                         _____
                                            Honorable Susan Illston

1

PROPOSED ORDER