LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant
SALLIE MAE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA JOYCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALLIE MAE, INC., a corporation, and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No. C 08-03351 SI<br><br>**REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; PROPOSED ORDER** |

　　Counsel for Defendant Sallie Mae, Inc. ("Sallie Mae") requests to appear telephonically at the November 21 Case Management Conference. Counsel for plaintiff will be appearing telephonically.

Dated: November 13, 2008.　　　　　　　　　　LAW OFFICES OF MIRIAM HISER


　　　　　　　　　　　　　　　　　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　Miriam Hiser
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant SALLIE MAE, INC.

　　IT IS HEREBY ORDERED that the request of counsel for Sallie Mae to appear telephonically is granted. Counsel is directed to contact the clerk and provide a direct dial phone number. The court initiates all conference calls.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Susan Ilston