IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

THERESA JOYCE,                                No. C 08-03351 SI

    Plaintiff,            **PRETRIAL PREPARATION ORDER**

 v.

SALLIE MAE INC.,

    Defendant.
_____/

   It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 3, 2009 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 17, 2009.

DESIGNATION OF EXPERTS: 3/20/09; REBUTTAL: 4/6/09.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 17, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by April 24, 2009;

  Opp. Due May 8, 2009;  Reply Due May 15, 2009;

   and set for hearing no later than May 29, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 21, 2009 at 3:30 PM.

JURY TRIAL DATE: August 3, 2009 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's Mediation Program.  The mediation shall occur by the end of
February 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case,
including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to
serve a copy of this order on any party subsequently joined in this action.

Dated:                                        _____
                                              SUSAN ILLSTON
                                              United States District Judge